### B. E. FURBECK v. S. J. HOLMAN.
#### No. 15,000.    (91 Pac. 1132.)

Error from Trego district court; JAMES H. REEDER, judge. Opinion filed July 5, 1907. Affirmed.

*W. E. Saum*, for plaintiff in error.

*A. D. Gilkeson*, for defendant in error.

*Per Curiam:* The contract introduced in evidence over the plaintiff's objection corroborated the defendant's testimony. All other matters discussed depend upon what the facts were. The facts were found generally by the trial court adversely to the plaintiff upon conflicting oral testimony, and under the well-known rule this court cannot interfere.

The judgment of the district court is affirmed.